UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, Plaintiffs, v. GEORGIA STATE FINANCING AND INVESTMENT COMMISSION, et al., Defendant. | Civil Action No. 110-CV-0606 |

## ANSWER

Now Comes Southeast Roofing Solutions, Inc. ("SRS") and files this Answer to the Plaintiffs' Complaint as follows:

### FIRST DEFENSE

The complaint states no claim against SRS, and SRS should be dismissed as a party, subject only to those procedural requirements applicable to action for declaratory judgment, as alleged in paragraph 25 of the complaint.

### SECOND DEFENSE

In response to the numbered paragraphs of the complaint, SRS shows the following:

1

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number one.

2

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number two.

3

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number three.

4

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number four.

5

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number five.

6

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number six.

7

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number seven.

8

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number eight.

9

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number nine.

10

SRS admits the allegations in paragraph ten.

11

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number eleven.

12

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twelve.

13

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number thirteen.

14

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number fourteen.

15

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number fifteen.

16

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number sixteen.

17

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number seventeen.

18

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number eighteen.

19

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number nineteen.

20.

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twenty.

21

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twenty one.

22

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twenty two.

23

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twenty three.

24

SRS believes the identification and description of this party to be accurate, but has no specific information sufficient to support a further response to paragraph number twenty four.

25

SRS agrees with the Plaintiffs' statement relative to the procedural requirement alleged in paragraph twenty five.

26

SRS admits the allegations in paragraph twenty six.

27

SRS admits the allegations in paragraph twenty seven.

28

SRS admits the allegations in paragraph twenty eight.

29

SRS admits the allegations in paragraph twenty nine.

30 - 105

To the knowledge of SRS, no contractual relation with the Plaintiffs exists, no coverage issues are pending, and no justiciable issue is presented, relative to SRS and the Plaintiffs on the cause alleged. Consequently, SRS denies all allegations included in paragraphs 30-105, on the basis that no actionable claim against SRS is stated. Otherwise, SRS agrees with the allegations regarding the litigation history of this action.

WHEREFORE, having responded to the allegations of the Plaintiffs' complaint, SRS prays that it be dismissed as a party, and that the Court award all other appropriate relief.

This ___ day of March, 2010.

/s/ Michael J. Classens
Michael J. Classens
Attorney For SRS
GA State Bar No. 129140

STATE OF GEORGIA

COUNTY OF BULLOCH

### VERIFICATION

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, SHAWN CORBETT, who after being duly sworn says that the facts contained in the within and foregoing are true and correct to the best of his knowledge.

_____
SHAWN CORBETT

Sworn to and subscribed
before me this 29th
day of March, 2010.

_____
Notary Public, State of Georgia

My Commission Expires: 6/28/13

[Notarial Seal]